## Siegal et al., Appellants, v. Frank A. Cerra Builders, Inc. et al.

Argued October 8, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John E. Evans, Jr.*, with him *Paul L. Hammer*, and *Evans, Ivory & Evans*, for appellants.

*Carl A. Eck*, with him *Richard J. Mills*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellees.

*Daniel B. Winters*, with him *Stein & Winters*, for appellees.

Opinion Per Curiam, November 12, 1968:
Judgment affirmed.

Mr. Justice Musmanno did not participate in the decision of this case.